## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FELIX IBARRA,** | : | CIVIL ACTION NO. 1:06-CV-1160 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **U.S.P. ALLENWOOD**, et al., | : | |
| | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 30th day of June, 2006, upon consideration of plaintiff's application to proceed *in forma pauperis* (Doc. 6), it is hereby ORDERED that:

1. The application to proceed *in forma pauperis* (Doc. 6) is CONSTRUED as a motion to proceed without full prepayment of fees and costs and is GRANTED as so construed.

2. The United States Marshal is directed to serve the complaint (Doc. 1) on the defendants named therein.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge