IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FELIX IBARRA**, | : | CIVIL ACTION NO. 1:06-CV-1160 |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **U.S.P. ALLENWOOD**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 16th day of October, 2006, upon consideration of the motion to dismiss and for summary judgment (Doc. 16), filed by defendants U.S.P. Allenwood and U.S. Medical Center for Federal Prisoners Laboratory, and it appearing that defendants filed a statement of material facts (see Doc. 19), and that, as of the date of this order, plaintiff has not filed a statement of material facts in response to defendants' statement of material facts, see L.R. 56.1 (requiring responsive statements of material facts to accompany "papers opposing" motions for summary judgment), it is hereby ORDERED that:

1. Plaintiff shall file, on or before November 13, 2006, a statement of material facts specifically responding to the numbered paragraphs in defendants' statement of material facts (Doc. 19). See L.R. 56.1.

2. The statement of material facts shall include specific references to the parts of the record that support the statements and shall comply in all respects with Local Rule 56.1.

3. Failure to file timely a statement of material facts in accordance with Local Rule 56.1 will result in the facts set forth in defendants' statement of material facts (Doc. 19) being deemed admitted. See L.R. 56.1.

                                                S/ Christopher C. Conner
                                                CHRISTOPHER C. CONNER
                                                United States District Judge