# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FELIX IBARRA,** | : | CIVIL ACTION NO. 1:06-CV-1160 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **U.S.P. ALLENWOOD**, et al., | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 15th day of November, 2006, upon consideration of *pro se* plaintiff's motions (Docs. 21, 32) requesting discovery and interrogatories, and it appearing that plaintiff may seek discovery through the methods outlined in the Federal Rules of Civil Procedure without first obtaining a court order, it is hereby ORDERED that the motions (Docs. 21, 32) are DENIED as moot.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge