# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FELIX IBARRA,** | : | CIVIL ACTION NO. 1:06-CV-1160 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **U.S.P. ALLENWOOD, et al.,** | : | |
| | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 25th day of April, 2007, upon consideration of plaintiff's "motion for leave to reopen Rule 60 motion and 'TRO'" (Doc. 53), it is hereby ORDERED that plaintiff's motion (Doc. 53) is DENIED.

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge